Exhibit 8

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| ALARM FUNDING ASSOCIATES, LLC, a Maryland limited liability company,<br><br>       Plaintiff,<br>  vs.<br><br>TASSIN INTEGRATED SYSTEMS, LLC, a Louisiana limited liability company; and NICHOLAS TASSIN, individually,<br><br>       Defendants. | Civil Action No. 1:17-cv-03131-RDB |

## DECLARATION OF BRETT DRESSLER

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. I am an attorney for the Plaintiff in the above-referenced action and as such am authorized to make this Affidavit.

2. I have practiced law since 1998. I regularly handle contract actions and business litigation matters in State and Federal courts. I am an AV rated lawyer and a member of the American Board of Trial Advocates. I charged Plaintiff $300 per hour for attorney time and $105 per hour for paralegal time in connection with the handling of this case. This hourly rate is reasonable in light of my experience, abilities and complexities of the case.

3. Plaintiff incurred and paid $7,767 in attorney's fees in connection with the filing and prosecution of this lawsuit. Detailed time entries are attached to this Declaration.

4. I anticipate Plaintiff will incur an additional $1,500 in attorney's fees not reflected in the attached ledger, which includes time for finalizing and filing the motion for default judgment and motion to seal.

5. Plaintiff incurred and paid $2,000 for local counsel, $400 to file the lawsuit and another $150 to serve the lawsuit on defendants.

6. The total amount requested fees and costs is $11,817.

Declarant states the foregoing is true under penalty of perjury in accordance with 28 U.S.C. §1746

_____
Brett Dressler

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 39893.0004 Alarm Funding Assoc** | | | | | | | | | |
| 39893.0004 | 10/04/2017 | 19 | A | 20 | 325.00 | 0.20 | 65.00 | Research ▮▮▮▮ issue for Federal court jurisdiction. | ARCH |
| 39893.0004 | 10/04/2017 | 19 | A | 20 | 325.00 | 0.20 | 65.00 | Initial research on Tassin and his company. | ARCH |
| 39893.0004 | 10/04/2017 | 19 | A | 20 | 325.00 | 0.50 | 162.50 | Track down possible local counsel in Maryland and Louisiana. | ARCH |
| 39893.0004 | 10/09/2017 | 19 | A | 20 | 325.00 | 2.00 | 650.00 | Study all documents AFA provided and begin drafting complaint. | ARCH |
| 39893.0004 | 10/12/2017 | 2 | A | 20 | 325.00 | 0.30 | 97.50 | Tele conf with Cindy, re: customer Gonzalez history so i can interview her as potential witness | ARCH |
| 39893.0004 | 10/18/2017 | 19 | A | 20 | 325.00 | 0.70 | 227.50 | Revise facts section in complaint. | ARCH |
| 39893.0004 | 10/18/2017 | 19 | A | 20 | 325.00 | 1.00 | 325.00 | Continue complaint edits. | ARCH |
| 39893.0004 | 10/19/2017 | 19 | A | 20 | 325.00 | 0.40 | 130.00 | Tele Conference with Karolyn, re: Tassin facts. | ARCH |
| 39893.0004 | 10/19/2017 | 19 | A | 20 | 325.00 | 0.40 | 130.00 | Edit facts. Forward to local counsel for initial review. | ARCH |
| 39893.0004 | 10/19/2017 | 19 | A | 20 | 325.00 | 0.40 | 130.00 | Edit legal claims for relief. | ARCH |
| 39893.0004 | 10/19/2017 | 19 | A | 20 | 325.00 | 0.60 | 195.00 | Tele Conference with Gonzales. | ARCH |
| 39893.0004 | 10/19/2017 | 19 | A | 20 | 325.00 | 0.40 | 130.00 | Revise complaint based on information received from Gonzales. | ARCH |
| 39893.0004 | 10/24/2017 | 19 | A | 20 | 325.00 | 0.50 | 162.50 | Edit complaint over the phone with Karolyn, re: Greg's changes. | ARCH |
| 39893.0004 | 10/24/2017 | 19 | A | 20 | 325.00 | 0.30 | 97.50 | Prepare financial disclosures. | ARCH |
| 39893.0004 | 10/24/2017 | 19 | A | 20 | 325.00 | 0.50 | 162.50 | Tele Conference with Miller, prepare first draft of his Declaration. | ARCH |
| 39893.0004 | 10/30/2017 | 19 | A | 20 | 325.00 | 0.10 | 32.50 | Tele Conference with Marshall's office, | ARCH |
| 39893.0004 | 11/06/2017 | 19 | A | 20 | 325.00 | 0.30 | 97.50 | Revise Gonzales declaration and email to her for review. | ARCH |
| 39893.0004 | 11/07/2017 | 19 | A | 20 | 325.00 | 0.50 | 162.50 | Revise Gonzales declaration based on her overnight input. | ARCH |
| 39893.0004 | 11/07/2017 | 19 | A | 20 | 325.00 | 0.10 | 32.50 | Update Ann on status of case. | ARCH |
| 39893.0004 | 11/08/2017 | 19 | A | 20 | 325.00 | 0.10 | 32.50 | Tele Conference with Marshall's office, re: service. | ARCH |
| 39893.0004 | 11/08/2017 | 19 | A | 20 | 325.00 | 0.20 | 65.00 | Tele conf with Marshall's office, re: service. | ARCH |
| 39893.0004 | 11/13/2017 | 19 | A | 20 | 325.00 | 0.10 | 32.50 | Tele Conference with investigator, re: service. | ARCH |
| 39893.0004 | 11/13/2017 | 19 | A | 20 | 325.00 | 0.20 | 65.00 | Tele Conference with Josh Nichols, re: background information. | ARCH |
| 39893.0004 | 11/21/2017 | 2 | A | 20 | 325.00 | 1.00 | 325.00 | Preparing motion for expedited discovery | ARCH |
| 39893.0004 | 11/21/2017 | 2 | A | 20 | 325.00 | 1.80 | 585.00 | Analyzing new Supreme Court case and Fourth Circuit interpretation on ▮▮▮▮ | ARCH |
| 39893.0004 | 11/21/2017 | 2 | A | 20 | 325.00 | 1.00 | 325.00 | Researching change in Fourth Circuit standards for ▮▮▮▮ | ARCH |
| 39893.0004 | 11/21/2017 | 2 | A | 20 | 325.00 | 1.00 | 325.00 | Preparing interrogatories and requests for production | ARCH |
| 39893.0004 | 11/30/2017 | 19 | A | 20 | 325.00 | 0.10 | 32.50 | Review local rules for any rules regarding entry of default. | ARCH |
| 39893.0004 | 12/04/2017 | 19 | A | 20 | 325.00 | | 0.00 | | ARCH |
| 39893.0004 | 12/08/2017 | 2 | A | 20 | 325.00 | 2.00 | 650.00 | Draft motion to seal, brief in support and declaration. | ARCH |
| 39893.0004 | 12/08/2017 | 19 | A | 20 | 325.00 | 0.90 | 292.50 | Begin drafting memorandum in support of default judgment. | ARCH |
| 39893.0004 | 12/15/2017 | 19 | A | 20 | 325.00 | 0.60 | 195.00 | Continue edits to motion for default judgment. | ARCH |
| 39893.0004 | 12/15/2017 | 2 | A | 20 | 325.00 | 0.50 | 162.50 | Revising Memorandum in support of motion for default judgment | ARCH |
| 39893.0004 | 01/03/2018 | 19 | P | 20 | 325.00 | 0.70 | 227.50 | Tele Conference with Breeden; draft status update email to client, draft email to Breeden, 2 tele Conference with Greg, tele Conference with Rick Lucas. | 34 |
| 39893.0004 | 01/04/2018 | 19 | P | 20 | 325.00 | 0.30 | 97.50 | Finalize Gonzales declaration and send to Rick. | 35 |
| 39893.0004 | 01/08/2018 | 2 | P | 20 | 325.00 | 2.10 | 682.50 | Reviewing emails and chart related to damages; Preparing declaration in support of motion for default judgment | 40 |
| 39893.0004 | 01/09/2018 | 19 | P | 20 | 325.00 | 0.10 | 32.50 | Email joe, re: damage model and declaration. | 36 |
| 39893.0004 | 01/09/2018 | 2 | P | 20 | 325.00 | 0.40 | 130.00 | Conference with Joe Poselli regarding chart of damages | 41 |
| 39893.0004 | 01/09/2018 | 2 | P | 20 | 325.00 | 0.40 | 130.00 | Revising declaration in support of motion for default judgment | 42 |
| 39893.0004 | 01/10/2018 | 19 | P | 20 | 325.00 | 0.10 | 32.50 | Tele Conference with Karolyn, re: damage model. | 37 |
| 39893.0004 | 01/11/2018 | 19 | P | 20 | 325.00 | 0.50 | 162.50 | Conference cal with client | 38 |
| 39893.0004 | 01/11/2018 | 19 | P | 20 | 325.00 | 0.40 | 130.00 | Revise declaration on damages. | 39 |
| | **Subtotal for Fees** | | | | Billable | 23.90 | 7,767.50 | | |
| 39893.0004 | 12/09/2017 | 19 | A | 4 | 0.100 | | 0.40 | Copying Charges | ARCH |
| | **Subtotal for Expenses** | | | | Billable | 0.00 | 0.40 | | |
| 39893.0004 | 10/09/2017 | 19 | A | 23 | | | 200.00 | Brett Dressler / Application for admission to Maryland District Filing Fee Alarm Funding Association/Tassin Integrated/39893.0004 | ARCH |
| 39893.0004 | 11/13/2017 | 19 | A | 23 | | | 200.00 | Brett Dressler / Service of Process Fee Alarm Funding Association/Tassin | ARCH |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 39893.0004 Alarm Funding Assoc** | | | | | | | | | |
| 39893.0004 | 11/21/2017 | 19 | A | 23 | | | 150.00 | Integrated/39893.0004<br>Uptown Investigations, LLC / Service of Complaint - Invoice #1711007<br>Alarm Funding Assoc/Tassin Integrated/39893.0004 | ARCH |
| Subtotal for Advances | | | | | Billable | 0.00 | 550.00 | | |
| **Total for Client ID 39893.0004** | | | | | Billable | 23.90 | 8,317.90 | Alarm Funding Assoc<br>Tassin Integrated | |

**GRAND TOTALS**

| | | | | | Billable | 23.90 | 8,317.90 | | |