IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| ALARM FUNDING ASSOCIATES, LLC, a Maryland limited liability company,<br><br>        Plaintiff,<br> vs.<br><br>TASSIN INTEGRATED SYSTEMS, LLC, a Louisiana limited liability company; and NICHOLAS TASSIN, individually,<br><br>        Defendants. | Civil Action No. 1:17-cv-03131-RDB |

## MOTION FOR DEFAULT JUDGMENT
## EXHIBIT LIST

Exhibit 1        Customer account list (filed under seal)

Exhibit 2        ASPA1 (filed under seal)

Exhibit 3        APSA2 (filed under seal)

Exhibit 4        APSA3 (filed under seal)

Exhibit 5        Declaration of Greg Westhoff

Exhibit 6        Declaration of Kathleen Gonzales (with two attached exhibits)

Exhibit 7        Declaration of James Miller (exhibit referenced therein omitted)

Exhibit 8        Declaration of Brett Dressler (with one attached exhibit)