Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| ALARM FUNDING ASSOCIATES, LLC, a Maryland limited liability company,<br><br>        Plaintiff,<br>vs.<br><br>TASSIN INTEGRATED SYSTEMS, LLC, a Louisiana limited liability company; and NICHOLAS TASSIN, individually,<br><br>        Defendants. | Civil Action No. |

## DECLARATION OF KATHLEEN GONZALES

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. My name is Kathleen Gonzales. I am over the age of 18. I am a resident of Braithwaite, Lousiana. I have never been convicted of a felony or a crime of dishonesty. I have personal knowledge of the facts stated herein.

2. My family owns real property in Louisiana and Mississippi. I signed two contracts with Tassin Integrated to install and monitor security systems at each property. A true and correct copy of each contract is attached hereto as Exhibits 1 and 2.

3. I signed the Louisiana contract on March 27, 2015. The Louisiana contract calls for advance quarterly payments of $87. I signed the Mississippi contract on July 29, 2015. The Mississippi contract calls for advance annual payments of $319.

4. I received a notice at some point after signing up with Tassin Integrated that I should begin making payments to an out-of-state company called Alarm Funding.

5. Subsequent to my starting to make payments to Alarm Funding, I received an invoice from Tassin in September 2017 for the Louisiana property, which is located at 7067 Highway 39. A true and correct copy of that invoice is attached as Exhibit 3.

6. The Tassin invoice did not make any sense to me. The invoice says it was for the Louisiana property, but it showed my annual payments on the Mississippi property. The invoice stated that I owed $87 for a quarterly payment on the Louisiana property. In October, I paid $87 to Tassin. A few days later, I received a bill for the same amount from Alarm Funding.

7. I had to call Alarm Funding to straighten out the billing situation. I provided Alarm Funding with a copy of Tassin's invoice and the cancelled check showing I had paid the invoice. I also spoke with Tassin about the billing situation with Alarm Funding. He told me that he was no longer using Alarm Funding to do his billing and that I should continue to make payments to Tassin.

8. In November, I received another monitoring bill from Tassin for December-February 2018. A true and correct copy of that invoice is attached hereto as Exhibit 4.

9. It is also my understanding that Nick Tassin did not share the access codes to my alarm systems with Alarm Funding or its subcontractors in order to reprogram my systems. Two new companies that Alarm Funding sent to check out our systems were not able to get into the system as administrators because they do not have the codes.

I declare the foregoing statements to be true and correct under penalty of perjury.

*Kathleen Gonzales*
Kathleen Gonzales

11-26-17
Date

2

E LIST:_____
GENCY NOTIFICATION LIST      PASSWORD __JAY R 34__

JOE GONZALES _____ 504-722-6440 _____
    NAME                                            HOME PHONE                                     BUSINESS PHONE

Kelly Go Simpson _____ 504-330-4520 _____
    NAME                                            HOME PHONE                                     BUSINESS PHONE

_____ _____ _____
    NAME                                            HOME PHONE                                     BUSINESS PHONE

CE _____ WHO REFERRED _____

. MONITORING SERVICES: We will monitor, at our central station, the alarm system described on your installation agreement. The system will be
-ted to our central station (the "Center"). When a burglary, fire or holdup signal from the system is received in the Center, it will try to telephone the proper
or fire department or other assigned authority, and the first available person designated on the notification list you give us. When a supervisory signal is
ed in the Center, it will try to notify the persons designated on your emergency notification list. To avoid false alarms, the Center may call your premises
determine if an actual emergency exists before calling any authorities or persons on your notification list. If the Center has reason to believe that no actual
ncy exists, it may choose not to place such calls. We may discontinue any particular form of monitoring service if required to do so by any governmental
ty or insurance interest.

ty or parish in which your home is located may require that you obtain a permit for the use and monitoring of the system. Local authorities may not respond
notifications until all permits or licenses for the use of the system have been obtained, and therefore TIS may not begin monitoring until you have
ed, at your expense, all necessary permits or licenses, and provide TIS with the license or permit number.    ADP 17591

PRICE; PAYMENT AND TERMS:

PAYMENT:     VISA     MASTERCARD     DISCOVER     CHECK     CASH

ACCOUNT NUMBER _____ EXPIRATION DATE _____

2.1 CONNECTION: For connection of the system to the Center you will pay us the sum of $_____
2.2 MONITORING FEE: For monitoring the system you will pay us $ 319 _____ plus tax per ANNUALLY _____, payable in
ce. The first payment is due when we complete the system.
2.3 OPTIONAL MAINTENANCE AGREEMENT: You, the Client, agree to purchase an initial one year maintenance agreement on your alarm system
amount of $ _____. Your additional payment will be billed with the monthly or quarterly Monitoring Fee selected in Section 2.2 of
tract. (See Section 7 on back for terms of Maintenance Agreement). Following the initial Maintenance Agreement, renewal will occur on a month to
basis and you may cancel by notifying Tassin Integrated Systems, in writing, ten (10) days prior to the end of the month.
2.4 TERM: The original term of this agreement is three (3) years, and will automatically continue for successive one (1) year periods unless canceled
er of us in writing at least thirty (30) days before the end of the original term or any renewal term.
2.5 INCREASE IN MONITORING RATE: We may increase the monitoring fee at any time to recover any additional taxes, fees, licenses or other
that may be imposed on us by any governmental agency or utility relating to the monitoring service we provide. In addition, TIS shall have the right
the annual service charge provided for herein at any time after one (1) year from the effective date of this agreement, upon giving the subscriber written
sixty (60) days in advance of the effective date of such increase, and if the subscriber is unwilling to pay any such increased charge, the subscriber may
the then unexpired term of this agreement by notifying TIS, in writing, thirty (30) days prior to the date of any such increase, providing that TIS reserves
ht to rescind such increase by notice to you and you shall remain bound by the terms of this agreement. Any advance payments made for service to be
ed subsequent to the date of such termination shall be refunded to the subscriber.
2.6 PAYMENT DEFAULTS: If you fail to make any payment for the monitoring service we provide when due, we may discontinue monitoring service,
ate this agreement and recover all damages to which we are entitled including the value of the work and services performed and the value of the
ired term of this agreement. If a payment is not paid within twenty (20) days of the invoice date, we may impose an accounting fee equal to the lesser of
00 per month until paid, or (ii) the maximum amount permitted by law in the state where the system is located. If we hire an attorney to collect any amounts
us, you will pay our reasonable attorney's fees and costs where permitted by law.

. RECEIPT OF COPY: You state that you have received a copy of this agreement, two copies of the notice of cancellation form. All of the terms on the
e side of this page and on all attachments are part of this agreement. Read them before you sign below.

. DISCLAIMER OF WARRANTIES AND OUR LIMITED LIABILITY: We do not warrant that the system will always detect, or help prevent any
ry, fire, hold-up or other such event. We do not warrant that the system cannot be defeated or by-passed or that it will always operate. You acknowledge
ree that we have made no representations or warranties, express or implied, as to any matter whatsoever, including without limitation, the condition or
uipment, its merchantability or its fitness for any particular purpose, nor have you relied on any representations or warranties, express or implied. Sections
13 on the reverse side of this agreement limit our liability to $450.00 or six times the monthly monitoring fee, whichever is less. If you or anyone else
any harm (damage or loss of property, personal injury, or death) because the system failed to operate properly or we were careless or acted improperly,
ve had the opportunity to talk to our sales agent about this limitation and you know that you may obtain a higher limitation of our liability by paying an
onal periodic fee to us.

ELLATION: YOU, THE CLIENT, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD
NESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN
NATION OF THIS RIGHT.

IN INTEGRATED SYSTEMS
    N TASSIN _____     CLIENT __KATHY GONZALES__
gement po_____                                             BY: __Kathy Gonzales__
                                                                       Date signed __7-20_____, 20 __15__

greement will not be binding upon TIS until either (i) signed by one of our managers or (ii) we start the monitoring service. In the event of disapproval,
y liability shall be to refund to you the amount that you paid to us upon the signing of this agreement.

Exhibit 1

E LIST: [illegible handwriting]

| RGENCY NOTIFICATION LIST | PASSWORD Jay 1234 |
| --- | --- |
| Kathy Gonzales NAME | 504-914-8332 HOME PHONE / BUSINESS PHONE |
| Jose Gonzales NAME | 504-722-6440 HOME PHONE / BUSINESS PHONE |
| Kelly Simpson NAME | 504-330-4520 HOME PHONE / BUSINESS PHONE |

RCE _____ WHO REFERRED _____

1. **MONITORING SERVICES:** We will monitor, at our central station, the alarm system described on your installation agreement. The system will be ected to our central station (the "Center"). When a burglary, fire or holdup signal from the system is received in the Center, it will try to telephone the proper e or fire department or other assigned authority, and the first available person designated on the notification list you give us. When a supervisory signal is ved in the Center, it will try to notify the persons designated on your emergency notification list. To avoid false alarms, the Center may call your premises to determine if an actual emergency exists before calling any authorities or persons on your notification list. If the Center has reason to believe that no actual ency exists, it may choose not to place such calls. We may discontinue any particular form of monitoring service if required to do so by any governmental rity or insurance interest.

ty or parish in which your home is located may require that you obtain a permit for the use and monitoring of the system. Local authorities may not respond rm notifications until all permits or licenses for the use of the system have been obtained, and therefore TIS may not begin monitoring until you have ned, at your expense, all necessary permits or licenses, and provide TIS with the license or permit number.

GJP 7600

2. **PRICE; PAYMENT AND TERMS:**

PAYMENT:  VISA   MASTERCARD   DISCOVER   (CHECK)   CASH
ACCOUNT NUMBER _____ EXPIRATION DATE _____

**2.1 CONNECTION:** For connection of the system to the Center you will pay us the sum of $ N/A
**2.2 MONITORING FEE:** For monitoring the system you will pay us $ 87.00 plus tax per 6 mo , payable in ce. The first payment is due when we complete the system.
**2.3 OPTIONAL MAINTENANCE AGREEMENT:** You, the Client, agree to purchase an initial one year maintenance agreement on your alarm system amount of $ _____. Your additional payment will be billed with the monthly or quarterly Monitoring Fee selected in Section 2.2 of tract. (See Section 7 on back for terms of Maintenance Agreement). Following the initial Maintenance Agreement, renewal will occur on a month to basis and you may cancel by notifying Tassin Integrated Systems, in writing, ten (10) days prior to the end of the month.
**2.4 TERM:** The original term of this agreement is three (3) years, and will automatically continue for successive one (1) year periods unless canceled ther of us in writing at least thirty (30) days before the end of the original term or any renewal term.
**2.5 INCREASE IN MONITORING RATE:** We may increase the monitoring fee at any time to recover any additional taxes, fees, licenses or other es that may be imposed on us by any governmental agency or utility relating to the monitoring service we provide. In addition, TIS shall have the right the annual service charge provided for herein at any time after one (1) year from the effective date of this agreement, upon giving the subscriber written sixty (60) days in advance of the effective date of such increase, and if the subscriber is unwilling to pay any such increased charge, the subscriber may l the then unexpired term of this agreement by notifying TIS, in writing, thirty (30) days prior to the date of any such increase, providing that TIS reserves ght to rescind such increase by notice to you and you shall remain bound by the terms of this agreement. Any advance payments made for service to be lied subsequent to the date of such termination shall be refunded to the subscriber.
**2.6 PAYMENT DEFAULTS:** If you fail to make any payment for the monitoring service we provide when due, we may discontinue monitoring service, inate this agreement and recover all damages to which we are entitled including the value of the work and services performed and the value of the ired term of this agreement. If a payment is not paid within twenty (20) days of the invoice date, we may impose an accounting fee equal to the lesser of .00 per month until paid, or (ii) the maximum amount permitted by law in the state where the system is located. If we hire an attorney to collect any amounts o us, you will pay our reasonable attorney's fees and costs where permitted by law.

3. **RECEIPT OF COPY:** You state that you have received a copy of this agreement, two copies of the notice of cancellation form. All of the terms on the se side of this page and on all attachments are part of this agreement. Read them before you sign below.

4. **DISCLAIMER OF WARRANTIES AND OUR LIMITED LIABILITY:** We do not warrant that the system will always detect, or help prevent any lary, fire, hold-up or other such event. We do not warrant that the system cannot be defeated or by-passed or that it will always operate. You acknowledge gree that we have made no representations or warranties, express or implied, as to any matter whatsoever, including without limitation, the condition of uipment, its merchantability or its fitness for any particular purpose, nor have you relied on any representations or warranties, express or implied. Sections 13 on the reverse side of this agreement limit our liability to $450.00 or six times the monthly monitoring fee, whichever is less. If you or anyone else any harm (damage or loss of property, personal injury, or death) because the system failed to operate properly or we were careless or acted improperly, have had the opportunity to talk to our sales agent about this limitation and you know that you may obtain a higher limitation of our liability by paying an onal periodic fee to us.

CELLATION: YOU, THE CLIENT, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD SINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN LANATION OF THIS RIGHT.

SIN INTEGRATED SYSTEMS

gementapprov: _____   CLIENT Kathleen Gonzales
BY: Kathleen Gonzales
Date signed Kathleen Gonzales 3-27-13, 20__

agreement will not be binding upon TIS until either (i) signed by one of our managers or (ii) we start the monitoring service. In the event of disapproval, nly liability shall be to refund to you the amount that you paid to us upon the signing of this agreement.

Exhibit 2

Exhibit 3

Please detach and return this coupon with your payment.

# Tassin Integrated Security

# 4607    1145.345

Invoice Number: 041767

| 5169 | Kathleen Gonzales @ 7067 Hwy 39 | |
|---|---|---|
| **Date** | **Current Account Activity** | **Amount** |
| 09/01/17 | Previous Balance | 620.00 |
| | Last Payment Received - 4443 | - 620.00 |
| | Balance Forward | 0.00 |
| | *** **New Charges** *** | |
| 09/15/17 | Monitoring Electronic Security System | 87.00 |

*WE APPRECIATE YOUR BUSINESS!*

*All Charges are Billed Quarterly for Service Provided From September 2017 Thru November 2017*

| **Please pay on or before September 15, 2017** | **$87.00** |
|---|---|

For billing questions please call customer service at (504)488-9664





| Posting Date | Sep 14 2017 |
|---|---|
| DB/CR | D |
| Amount | $87.00 |
| Item Bank | 1 |
| Account | 4101445383 |
| Check No | 4607 |
| Posting Seq No | 4200254171 |
| Business Unit Seq No | 0000000000 |

Cindy,

This is a copy of my cancelled check for monitoring as you requested.

The top of the invoice was sent to Tassin with my check.

Thanks,
Kathleen (Kathy) Gonzales

43038-1727

Tassin Integrated Security
P.O. Box 55355
Metairie, LA  70055-5355

| | |
|---|---|
| Invoice Date: | 11/01/17 |
| Customer Number: | 5169 |
| Invoice Number: | 042277 |
| Premise Phone: | 504-914-8332 |
| Due Date: | 11/15/17 |
| Amount Due: | $87.00 |



KATHLEEN GONZALES
7067 HIGHWAY 39
BRAITHWAITE, LA 70040-2205

858
T5  P1

Tassin Integrated Security
P.O. Box 55355
Metairie, LA  70055-5355

---

Please detach and return this coupon with your payment.

# Tassin Integrated Security

Invoice Number:  042277

5169     Kathleen Gonzales @ 7067 Hwy 39

| Date | Current Account Activity | | Amount |
|---|---|---|---|
| 11/01/17 | Previous Balance | | 87.00 |
| | Last Payment Received - | 4607 | - 87.00 |
| | Balance Forward | | 0.00 |
| | *** New Charges *** | | |
| 11/15/17 | Monitoring Electronic Security System | | 87.00 |

**WE APPRECIATE YOUR BUSINESS!**

*All Charges are Billed Quarterly for Service*
*Provided From December 2017 Thru February 2018*

| | |
|---|---|
| **Please pay on or before November 15, 2017** | **$87.00** |

For billing questions please call customer service at (504)488-9664

Exhibit 4